UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.R. HUFF ASSET MANAGEMENT CO., L.L.C.;<br>KATO-SAN CORP.;<br>DBC 1 CORP.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE WILLIAM SOROKA 1989 TRUST;<br>KAYE WOLTMAN, *successor trustee to the William Soroka 1989 Trust and Executor of the Estate of William Soroka*;<br>THE WILLIAM SOROKA CHARITABLE TRUST,<br><br>  Defendants. | Civ. Action No. 04-3093<br>(KSH)<br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

Consistent with the Opinion filed herewith, the Court directs defendants to submit a stipulated form of judgment that reflects the Court's rulings. The form of judgment shall include the value of the Soroka Interest, based upon the cash method of accounting, as of December 31, 2004, and shall be submitted no later than 10 days after the filing of this order.

**It is SO ORDERED** this 9th day of March, 2009.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE