UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.R. HUFF ASSET MANAGEMENT CO., L.L.C.; KATO-SAN CORP.; DBC 1 CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE WILLIAM SOROKA 1989 TRUST; KAYE WOLTMAN, *successor trustee to the William Soroka 1989 Trust and Executor of the Estate of William Soroka*; THE WILLIAM SOROKA CHARITABLE TRUST, <br><br> *Defendants*. | Civ. Action No. 04-3093 (KSH) <br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith, and good cause appearing, defendants' motion [D.E. # 121] to amend the judgment [D.E. # 120] pursuant to Rule 59(e) of the Federal Rules of Civil Procedure is **GRANTED.** Consistent with the parameters set forth in the opinion, the parties are directed to stipulate to a form of final judgment and submit same to the Court within **ten (10)** business days.

**SO ORDERED** this 6th day of August, 2009.

/s/  Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge